Clerk's Use Only
Initial for fee pd.:

Susan Ann Silverstein
AARP FOUNDATION LITIGATION
601 E Street, NW, Room A4-143
Washington, DC 20049
Telephone: (626) 585-2618

E-filing

ORIGINAL

FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LILLIAN HYATT,

        Plaintiff(s),

v.

NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC.; MORRISON MANAGEMENT SPECIALISTS, INC.
        Defendant(s).

CASE NO. C08-03265 EMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Susan Ann Silverstein, an active member in good standing of the bar of Washington, DC, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Lillian Hyatt, Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2008

                                                          Susan Ann Silverstein