ORIGINAL
E-filing

RECEIVED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

LILLIAN HYATT,

Plaintiff(s),

v.

NORTHERN CALIFORNIA
PRESBYTERIAN HOMES AND
SERVICES, INC.; ET AL.,

Defendant(s).

CASE NO. C08-03265 EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Susan Ann Silverstein, an active member in good standing of the bar of Washington, DC whose business address and telephone number (particular court to which applicant is admitted) is

601 E Street, NW, Room A4-143, Washington, DC  20049

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing                                                                 .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 8, 2008

IT IS SO ORDERED
Judge Edward M. Chen