FILED
08 JUL 10 PM 1:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PROTECTION & ADVOCACY, INC.
   Pamela Cohen (CSB # 214940)
2  Frederick P. Nisen (CSB # 184089)
   1330 Broadway, Suite 500
3  Oakland, CA 94612
   Telephone: (510) 267-1200
4  Facsimile: (510) 267-1201
   pamela.cohen@pai-ca.org
5  fred.nisen@pai-ca.org

6  Stuart Seaborn (CSB #198590)
   100 Howe Avenue, Suite 240N
7  Sacramento, CA 95825
   Telephone: (916) 488-9950
8  Fax: (916) 488-9960
   stuart.seaborn@pai-ca.org
9
   AARP FOUNDATION LITIGATION
10 Susan Ann Silverstein (Pending admission *Pro Hac Vice*)
   601 E Street, NW, Room A4-143
11 Washington, DC 20049
   Telephone: (626) 585-2618
12 Facsimile: (202) 434-6424
   ssilverstein@aarp.org
13
   Barbara Jones (CSB #88448)
14 200 South Los Robles, Suite 400
   Pasadena, CA 91101
15 Telephone: (626) 585-2628
   Facsimile: (626) 583-8538
16 bjones@aarp.org

17 Attorneys for Plaintiff Lillian Hyatt

18
                    **UNITED STATES DISTRICT COURT**
19              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
20

21 | LILLIAN HYATT,                                | ) | Case No.: C08-03265
22 |                      Plaintiff,               | ) | EXHIBIT A TO COMPLAINT FOR
   |                                               | ) | INJUNCTIVE, DECLARATORY, AND
23 |        v.                                     | ) | MONETARY RELIEF; DEMAND FOR JURY
   |                                               | ) | TRIAL
24 | NORTHERN CALIFORNIA                           | )
   | PRESBYTERIAN HOMES AND SERVICES,              | )
25 | INC.; MORRISON MANAGEMENT                     | )
   | SPECIALISTS, INC. DBA MORRISON                | )
26 | HEALTH CARE, INC.,                            | )
   |                                               | )
27 |                      Defendants.              | )

28

---

*Hyatt v. N. Cal. Presbyterian Homes and Services, et al.*, Case No. C08-03265
EXHIBIT A TO COMPLAINT FOR INJUNCTIVE, DECLARATORY AND MONETARY RELIEF

**EXHIBIT A**

The Sequoias – San Francisco         Bulletin #1.B
                                     **Revised 7/17/06**

# DINING ROOM PROCEDURES

### RESERVATIONS:
You may reserve a table of any size up to 8 people, including host, in either the Buffet or the Formal Room (service side). Please register outside guests with the host before being seated. Please do not reserve a table larger than needed.

Dining room staff will accept dinner reservations for 5:00 pm with a choice of tables on a first come, first choice basis. Second seating reservations for 6:15 pm will be assigned tables as they become available. All reservations are made on a one time basis. No standing reservations can be accepted.

There is a ten minute grace period for all reservations. After the grace period expires, reservations are automatically cancelled to make seating available for other guests.

First seating diners should vacate tables if needed for the second seating by 6:00 pm so that the servers can get them ready. The lounge will then be available with coffee, tea and desserts so that the early diners can comfortably continue their conversation. Two seatings are for formal dining room only.

Only breakfast tables are permanently assigned.

### HOURS TO MAKE THE DINING ROOM RESERVATION:
In person only from 9:00 am – 10:00 a.m. Also, 1:00 pm – 2:00 pm.
Reservation will be taken via voice mail at ext. 5301 at all times.
For lunch reservations: Buffet and Service Side – 12:00 noon
For dinner reservations: Buffet – Sunday through Friday, reserve anytime
                         Saturday 5:00 pm and 6:15 pm
Service side – Sunday through Saturday, 5:00 pm and 6:15 pm

### DINING ROOM HOURS:
Breakfast: 7am – 9:00 am
Lunch: Noon to 1:30 pm – last order taken at 1:15 pm for formal dining room only.
Dinner: 5:00 pm to 7:00 pm – last order taken at 6:45 pm for formal dining room only.

Residents should choose either the Formal or Buffet Dining Room. Formal diners may not take food from the Buffet, except at breakfast.

Residents **who need service** will receive it by (a) sitting on the serve side or (b) by sitting on the buffet side as near to the serve side as possible.

All persons using walkers should enter the dining room on the serve side, leaving walkers with staff who will put the walkers in the storage area.

Monthly birthday parties will be held in the California Suite.

Floor parties should not be scheduled on Fridays, Saturdays or Sundays. No catering is available on weekends.

**ONLY votive-type candles are allowed in the dining room**