| *Attorney or Party without Attorney:*<br>PAMELA COHEN, Bar #214940<br>PROTECTION & ADVOCACY, INC.<br>1330 BROADWAY<br>SUITE 500<br>OAKLAND, CA 94612<br>*Telephone No:* 510-267-1200   *FAX No:* 510-267-1201 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* LILLIAN HYATT
*Defendant:* NORTHERN CALIFORNIA PRESBYTERIAN HOMES, ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08-03265 ADR EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice; (Proposed) Order Granting Application For Admission Of Attorney Pro Hac Vice; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Ecf Registration Information Handout; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen.

3. a. *Party served:* MORRISON MANAGEMENT SPECIALISTS, INC. DBA MORRISON HEALTH CARE, INC.
   b. *Person served:* MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:* 818 WEST SEVENTH STREET
   2ND FLOOR
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 08, 2008 (2) at: 2:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MORRISON MANAGEMENT SPECIALISTS, INC. DBA MORRISON HEALTH CARE, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                   d. *The Fee for Service was:*
   **b. FIRST LEGAL SUPPORT SERVICES**      e. I am: (3) registered California process server
       1511 W. BEVERY BLVD.                              (i) Independent Contractor
       LOS ANGELES, CA 90071                          (ii) Registration No.:  5141
   c. 213-250-1111                                           (iii) County:  Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Jul. 10, 2008

   Judicial Council Form POS-010         PROOF OF SERVICE            (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMS IN CIV. ACTION      4133829.pamco.145232