# *PROOF OF SERVICE*

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to the within action. I am employed at First Legal Support Services in the County of Los Angeles, State of California. My business address is 1151 West Beverly Blvd., Los Angeles, California 90026.

On **July 8, 2007**, I served the foregoing document(s) described **as:**

**Summons**
**Complaint for Injunctive, Declaratory, and Monetary Relief; Demand for Jury Trial**
**Application for Admission of Attorney *Pro Hac Vice***
**(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice***
**Order Setting Initial Case Management Conference and ADR Deadlines**
**Notice of Assignment of Case to a United States Magistrate Judge for Trial**
**Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California**
**ECF Registration Information Handout**
**Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen**
**Welcome to the U.S. District Court, San Francisco**
**Civil Cover Sheet**

on the interested party(ies) in this action personally and by placing the true copies thereof enclosed in sealed envelopes addressed as stated /on the attached mailing list /placing the original **XX**/placing a true copy thereof, enclosed in sealed envelope(s) addressed as follows:

CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

**XX** (BY PERSONAL SERVICE) I personally delivered by hand to the offices of the addressee(s) such envelopes as stated above.

Executed on this **8th** day of **July, 2008**, at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

DAVID CIPRES
Print Name --   Courier                                    Signature of Courier

i