| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Pamela Cohen, 214940<br>PROTECTION & ADVOCACY, INC.<br>433 HEGENBERGER RD STE 220<br>OAKLAND, CA 94621-1448<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(510) 430-8033 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No.<br>SR # 721582 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Hyatt

DEFENDANT:
Northern California Presbyterian Homes and Service

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-03265 EMC ADR |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 7/9/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in a Civil Action, Civil Case Cover Sheet, Complaint, (Proposed) Order Granting Application for Admission of Attorney Pro Hac Vice. See Attachment

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Northern California Presbyterian Homes and Services, Inc.
Barbara Hood
1525 Post Street
San Francisco, CA 94109

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

98.25

Lee Major
Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/9/2008 at Oakland, California.

*Lee Major*

Lee Major

FF# 6666080

Attachment:

Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, ECF Registration Information Handout, District Court Guidelines, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California, Application for Admission of Attorney Pro Hac Vice