1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN - 172715
2  kfranklin@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone:  (415) 777-3200
4  Facsimile:  (415) 541-9366

5  Attorneys for Defendant
   NORTHERN CALIFORNIA PRESBYTERIAN HOMES
6  AND SERVICES, INC.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | LILLIAN HYATT,                          | No. C08-03265 EMC
13 |         Plaintiff,                      | STIPULATION EXTENDING TIME TO
                                              RESPOND TO PLAINTIFF'S COMPLAINT
14 |     v.                                  |
                                              Action Filed: July 7, 2008
15 | NORTHERN CALIFORNIA                     | Trial Date:   None Set.
   | PRESBYTERIAN HOMES AND
16 | SERVICES, INC.; MORRISON
   | MANAGEMENT SPECIALISTS, INC.
17 | D/B/A MORRISON HEALTH CARE,
   | INC.,
18 |
   |         Defendant.
19

20     IT IS HEREBY STIPULATED AND AGREED by and between Defendant Northern

21 California Presbyterian Home and Services, Inc. ("NCPHS"), through its attorneys of

22 record, Hanson Bridgett LLP, and Lillian Hyatt ("Hyatt"), through her attorneys of record,

23 Protection & Advocacy, Inc, that NCPHS' time within which to respond to the complaint

24 is extended twenty (20) additional days.  NCPHS shall have until August 18, 2008 to

25 answer or otherwise respond to the complaint.  The extension does not alter the date for

26 any hearing set by the Court.  N.D. CA Civil L.R. 6-1(a).

27 ///

28
                                  - 1 -
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S            1563854.1
COMPLAINT (CASE NO. C08-03265)

1  DATED: July 21, 2008                HANSON BRIDGETT LLP

2

3                                      By: /s/ Kurt A. Franklin
                                       KURT A. FRANKLIN
4                                      Attorneys for Defendant
                                       NORTHERN CALIFORNIA
5                                      PRESBYTERIAN HOMES AND
                                       SERVICES, INC.
6

7  DATED: July 21, 2008                PROTECTION & ADVOCACY, INC.

8

9                                      By: /s/ Pamela S. Cohen
                                       PAMELA S. COHEN
10                                     Attorneys for Plaintiff

- 2 -

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT (CASE NO. C08-03265)

1563854.1