```
HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendant
NORTHERN CALIFORNIA PRESBYTERIAN HOMES
AND SERVICES, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIAN HYATT,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC.; MORRISON MANAGEMENT SPECIALISTS, INC. D/B/A MORRISON HEALTH CARE, INC.,<br><br>    Defendant. | No. C08-03265 EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>Order<br>Action Filed:  July 7, 2008<br>Trial Date:  None Set. |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant Northern California Presbyterian Home and Services, Inc. ("NCPHS"), through its attorneys of record, Hanson Bridgett LLP, and Lillian Hyatt ("Hyatt"), through her attorneys of record, Protection & Advocacy, Inc, that NCPHS' time within which to respond to the complaint is extended twenty (20) additional days.  NCPHS shall have until August 18, 2008 to answer or otherwise respond to the complaint.  The extension does not alter the date for any hearing set by the Court.  N.D. CA Civil L.R. 6-1(a).

///

- 1 -

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT (CASE NO. C08-03265)

1563854.1

| | | |
|---|---|---|
| 1 | DATED: July 21, 2008 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Kurt A. Franklin |
| 4 | | KURT A. FRANKLIN |
| | | Attorneys for Defendant |
| 5 | | NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC. |
| 6 | | |
| 7 | DATED: July 21, 2008 | PROTECTION & ADVOCACY, INC. |
| 8 | | |
| 9 | | By: /s/ Pamela S. Cohen |
| 10 | | PAMELA S. COHEN |
| | | Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate [Judge]

IT IS SO ORDERED
/s/ Edward M. Chen
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT (CASE NO. C08-03265)

1563854.1