1  JOHN M. JULIUS III, Bar No. 112640
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway, Suite 900
3  San Diego, CA  92101.3577
   Telephone:    619.232.0441
4
   Attorneys for Defendants
5  MORRISON MANAGEMENT SPECIALISTS,
   INC. DBA MORRISON HEALTH CARE, INC.
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | LILLIAN HYATT,                          | Case No.  C O8-03265 EMC
12 |          Plaintiff,                     | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
13 |     v.                                  |
14 | NORTHERN CALIFORNIA
15 | PRESBYTERIAN HOMES AND SERVICES, INC.; MORRISON
16 | MANAGEMENT SPECIALISTS, INC., DBA MORRISON HEALTHCARE, INC.,
17 |          Defendant.

18
19
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

(NO.  CO8-03265)
FIRMWIDE:86014114.1 024778.1000

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Plaintiff Lillian Hyatt, by and through her attorneys of record, Protection &
2  Advocacy, Inc., and Defendant Morrison Management Specialists, Inc, by and through its counsel,
3  Littler Mendelson, APC., hereby stipulate that the time for Defendant to answer or otherwise
4  respond to Plaintiff's Complaint is extended to August 4, 2008.
5  IT IS SO STIPULATED.

Dated: July 28, 2008

FREDERICK P. NISEN
PROTECTION & ADVOCACY, INC.
Attorneys for Plaintiff
LILLIAN HYATT

Dated: July 28, 2008

JOHN M. JULIUS III
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MORRISON MANAGEMENT
SPECIALISTS, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619 232 0441

(NO. )
FIRMWIDE:86014114.1 024778.1000

2.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

1  Plaintiff Lillian Hyatt, by and through her attorneys of record, Protection &
2  Advocacy, Inc., and Defendant Morrison Management Specialists, Inc, by and through its counsel,
3  Littler Mendelson, APC., hereby stipulate that the time for Defendant to answer or otherwise
4  respond to Plaintiff's Complaint is extended to August 4, 2008.
5        IT IS SO STIPULATED.
6
7  Dated: July 28, 2008
8
9                                         FREDERICK P. NISEN
10                                        PROTECTION & ADVOCACY, INC.
                                         Attorneys for Plaintiff
11                                        LILLIAN HYATT
12
13 Dated: July 28, 2008
14
15
16                                        JOHN M. JULIUS III
                                       LITTLER MENDELSON
17                                        A Professional Corporation
                                       Attorneys for Defendant
18                                        MORRISON MANAGEMENT
                                       SPECIALISTS, INC.
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577
619.232.0441

(NO.  )                           2.           STIPULATION TO EXTEND TIME TO
FIRMWIDE:86014114.1 024778.1000           RESPOND TO COMPLAINT