1   HANSON BRIDGETT LLP
    KURT A. FRANKLIN - 172715
2   kfranklin@hansonbridgett.com
    425 Market Street, 26th Floor
3   San Francisco, CA 94105
    Telephone:   (415) 777-3200
4   Facsimile:   (415) 541-9366

5   Attorneys for Defendant
    NORTHERN CALIFORNIA PRESBYTERIAN HOMES
6   AND SERVICES, INC.

7

8                   **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

12  LILLIAN HYATT,                          No. C08-03265 EMC

13           Plaintiff,                     **STIPULATION EXTENDING TIME TO
                                            RESPOND TO PLAINTIFF'S COMPLAINT**
14       v.                                 Order
                                            **Action Filed:    July 7, 2008**
15  NORTHERN CALIFORNIA                     **Trial Date:      None Set.**
    PRESBYTERIAN HOMES AND
16  SERVICES, INC.; MORRISON
    MANAGEMENT SPECIALISTS, INC.
17  D/B/A MORRISON HEALTH CARE,
    INC.,
18
             Defendant.
19

20       IT IS HEREBY STIPULATED AND AGREED by and between Defendant Northern

21  California Presbyterian Home and Services, Inc. ("NCPHS"), through its attorneys of

22  record, Hanson Bridgett LLP, and Lillian Hyatt ("Hyatt"), through her attorneys of record,

23  Protection & Advocacy, Inc, that NCPHS' time within which to respond to the complaint

24  is extended twenty (20) additional days.  NCPHS shall have until August 18, 2008 to

25  answer or otherwise respond to the complaint.  The extension does not alter the date for

26  any hearing set by the Court.  N.D. CA Civil L.R. 6-1(a).

27  ///

28
                                   - 1 -
    STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S
    COMPLAINT (CASE NO. C08-03265)                              1563854.1

1   DATED: July 21, 2008                    HANSON BRIDGETT LLP

2

3                                           By: _____

4                                              KURT A. FRANKLIN
                                               Attorneys for Defendant
5                                              NORTHERN CALIFORNIA
                                               PRESBYTERIAN HOMES AND
6                                              SERVICES, INC.

7   DATED: July 21, 2008                    PROTECTION & ADVOCACY, INC.

8

9                                           By: _____

10                                             PAMELA S. COHEN
                                               Attorneys for Plaintiff

11

12

13     IT IS SO ORDERED:

14

15

16     _____
       Edward M. Chen
17     U.S. Magistrate

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT (CASE NO. C08-03265)                                1563854.1