JOHN M. JULIUS III, Bar No. 112640
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone:    619.232.0441

Attorneys for Defendants
MORRISON MANAGEMENT SPECIALISTS,
INC. dba MORRISON HEALTH CARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIAN HYATT,<br><br>           Plaintiff,<br><br>    v.<br><br>NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC.; MORRISON MANAGEMENT SPECIALISTS, INC., DBA MORRISON HEALTHCARE, INC.,<br><br>           Defendant. | Case No.  C 08-03265 EMC<br><br><u>DECLINATION OF CONSENT</u> |

     Defendant Morrison Management Specialists, Inc. hereby files this Notice that it is declining

to consent to the assignment of Magistrate Judge Edward M. Chen to preside over this action.

Dated:  August 4, 2008

                             /s/ John M. Julius III
                             JOHN M. JULIUS III
                             LITTLER MENDELSON
                             A Professional Corporation
                             Attorneys for Defendant
                             MORRISON MANAGEMENT
                             SPECIALISTS, INC.

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

(NO.  CO8-03265 EMC)
FIRMWIDE:86014114.1 024778.1000

DECLINATION OF CONSENT