1  JOHN M. JULIUS III, Bar No. 112640
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway, Suite 900
3  San Diego, CA  92101.3577
   Telephone:    619.232.0441
4
   Attorneys for Defendants
5  MORRISON MANAGEMENT SPECIALISTS,
   INC. dba MORRISON HEALTH CARE, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | LILLIAN HYATT,                          | Case No.  C O8-03265 EMC
12 |         Plaintiff,                      | CORPORATE DISCLOSURE STATEMENT
13 |    v.                                   |
14 | NORTHERN CALIFORNIA
   | PRESBYTERIAN HOMES AND
15 | SERVICES, INC.; MORRISON
   | MANAGEMENT SPECIALISTS, INC.,
16 | DBA MORRISON HEALTHCARE, INC.,
17 |         Defendant.

18

19     Defendant Morrison Management Specialists, Inc. files this Corporate Disclosure Statement

20 pursuant to FED. R. CIV. P. 7.1 as follows:

21     Morrison Management Specialists, Inc. is a subsidiary of Compass Group PLC.

22 Furthermore, Compass Group PLC is publicly traded, and holds more than 10% of the stock of

23 Morrison Management Specialists, Inc.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

(NO.  CO8-03265 EMC)
FIRMWIDE:86014046.1 024778.1000                    CORPORATE DISCLOSURE STATEMENT

1  A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: August 4, 2008

/s/ John M. Julius III
JOHN M. JULIUS III
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MORRISON MANAGEMENT SPECIALISTS, INC.

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

(NO. C O8-03265 EMC)
FIRMWIDE:86014046.1 024778.1000

2.

CORPORATE DISCLOSURE STATEMENT