United States District Court
For the Northern District of California

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9
10   LILLIAN HYATT,                             Case No. C08-3265 EMC
11          Plaintiff,
12      v.
13   NORTHERN CALIFORNIA
     PRESBYTERIAN HOMES AND
14   SERVICES, INC., et al.,
15
16          Defendants.
                                              /
17
18
19          **NOTICE OF IMPENDING REASSIGNMENT TO**
20          **A UNITED STATES DISTRICT COURT JUDGE**
21       The Clerk of this Court will now randomly reassign this case to a United States District
22   Judge because either:
23       ( x )   One or more of the parties has requested reassignment to a United States District
24   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
25
26       (   )   One or more of the parties has sought a type of judicial action (e.g., a temporary
27   restraining order) that a United States Magistrate Judge may not take without the consent of all
28   parties, the necessary consents have not been secured, and time is of the essence.

1 | Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2 | counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3 | date.

Dated:  August 8, 2008

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California

2