HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
MOLLY A. LEE - 232477
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
NORTHERN CALIFORNIA PRESBYTERIAN HOMES
AND SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIAN HYATT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC.; MORRISON MANAGEMENT SPECIALISTS, INC. D/B/A MORRISON HEALTH CARE INC., ,<br><br>　　　　　　Defendant. | No. C08-03265 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed:   **July 7, 2008**<br>Trial Date:      Not Set. |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, Defendant Northern California Presbyterian Homes and Services, Inc. states that it is not currently aware of any persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties with either (a) a financial interest in this matter other than the named parties, or (b) any other kind of interest that could be substantially affected by the outcome of the proceeding other than the named parties. Thus, on behalf of Defendant Northern California Presbyterian Homes and Services, Inc., counsel of record, Hanson Bridgett, certifies that there is no such interest to report under Civil L.R. 3-16.

Defendant further states that Northern California Presbyterian Homes and Services, Inc. is a not-for-profit California corporation with a volunteer board of directors in addition to paid employees. While Defendant has no owners or shareholders, the following persons are either volunteers on its board of directors, or are relevant top-level executives employed by Defendant.

**NCPHS Volunteer Board of Directors**

1. Carol Bayley, NCPHS Director;
2. King Brown, NCPHS Director;
3. Peggy Brown, NCPHS Director;
4. John Burgis, NCPHS Director;
5. David T. Chai, NCPHS Director;
6. Rev. Dr. Virstan Choy, NCPHS Director;
7. Linda Hawes Clever, NCPHS Director;
8. Thomas DeMund, NCPHS Director;
9. Jane M. Graf, NCPHS Director;
10. David Jamison, NCPHS Director;
11. Robert Johnson, NCPHS Director;
12. Derrick Kikuchi, NCPHS Director;
13. Roberta Mundie, Chair, NCPHS Board of Directors;
14. Anabel Pelham, NCPHS Director;
15. Michael S. Popovich, NCPHS Director;
16. Robert Sawyer, NCPHS Director;
17. Rev. Grace Suzuki, NCPHS Director;
18. Fessha Taye, NCPHS Director;
19. Oliver Wesson, NCPHS Director.

**Relevant NCPHS Executive**

1. Michael Dougherty, Executive Director of The Sequoias San Francisco;
2. Barbara E. Hood, NCPHS President and CEO.

**Related Entities**

In addition to the above, Defendant Northern California Presbyterian Homes and Services, Inc. identifies the following related entities (even though they're unrelated to the litigation):

1. Ross Valley Homes, a California not-for profit corporation;
2. NCP Ventures, LLC, a wholly owned California for-profit limited liability company.

DATED: August 22, 2008                               HANSON BRIDGETT LLP

By: /S/ Kurt Franklin
KURT A. FRANKLIN
Attorneys for Defendant
NORTHERN CALIFORNIA
PRESBYTERIAN HOMES AND
SERVICES, INC.