```
HANSON BRIDGETT LLP
KURT A FRANKLIN - 172715
kfranklin@hansonbridgett.com
MOLLY A. LEE - 232477
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366
```

Attorneys for Defendant
NORTHERN CALIFORNIA PRESBYTERIAN HOMES
AND SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN HYATT,<br><br>        Plaintiff,<br><br>   v.<br><br>NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC.; MORRISON MANAGEMENT SPECIALISTS, INC. D/B/A MORRISON HEALTH CARE, INC.,<br><br>        Defendants. | No. C08-03265 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXPERT WITNESS DISCOVERY DEADLINE<br><br>Action Filed:   July 7, 2008<br>Trial Date:      July 26, 2010 |

      It is hereby stipulated, by and between the parties hereto through their counsel of record, that the expert witness discovery deadline of January 13, 2010 be continued to February 5, 2010.

      Because of the schedules of counsel for the parties and the parties' experts, the parties were unable to schedule the expert depositions before the January 13, 2010 deadline with sufficient time to allow counsel to review the expert witness reports prior to the depositions.  The parties mutually agreed to a simultaneous exchange of expert witness reports on January 25, 2010.  The parties further agreed that Plaintiff will depose Defendants' expert on February 3, 2010 and that Defendants will depose Plaintiff's expert on February 5, 2010.  For these reasons, the parties have stipulated to extend the

- 1 -

expert witness discovery deadline and request the Court's approval pursuant to paragraph E of the Court's Case Management and Pretrial Order, dated April 13, 2009.

DATED: January 12, 2010          DISABILITY RIGHTS CALIFORNIA

By: _____
PAMELA COHEN
Attorneys for Plaintiff

DATED: _____, 2010          HANSON BRIDGETT LLP

By: _____
MOLLY A. LEE
Attorneys for Defendant Northern California Presbyterian Homes and Services, Inc.

DATED: _____, 2010          LITTLER MENDELSON PC

By: _____
JOHN JULIUS
Attorneys for Defendant Morrison Management Specialists, Inc.

IT IS SO ORDERED:

DATED: _____, 2010

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

expert witness discovery deadline and request the Court's approval pursuant to paragraph E of the Court's Case Management and Pretrial Order, dated April 13, 2009.

DATED: _____, 2010         DISABILITY RIGHTS CALIFORNIA


By: _____
PAMELA COHEN
Attorneys for Plaintiff


DATED: January 12, 2010         HANSON BRIDGETT LLP


By: /s/ Molly A. Lee
_____
MOLLY A. LEE
Attorneys for Defendant Northern California Presbyterian Homes and Services, Inc.


DATED: _____, 2010         LITTLER MENDELSON PC


By: _____
JOHN JULIUS
Attorneys for Defendant Morrison Management Specialists, Inc.


IT IS SO ORDERED:


DATED: _____, 2010


_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

- 2 -

STIP. AND [PROP.] ORDER EXTENDING EXPERT DISCOVERY DEADLINE (CASE #C08-03265 PJH)

2187730.1

expert witness discovery deadline and request the Court's approval pursuant to paragraph E of the Court's Case Management and Pretrial Order, dated April 13, 2009.

DATED: _____, 2010    DISABILITY RIGHTS CALIFORNIA

By: _____
PAMELA COHEN
Attorneys for Plaintiff

DATED: _____, 2010    HANSON BRIDGETT LLP

By: _____
MOLLY A. LEE
Attorneys for Defendant Northern California Presbyterian Homes and Services, Inc.

DATED: Dec 11, 2010    LITTLER MENDELSON PC

By: [signature]
JOHN JULIUS
Attorneys for Defendant Morrison Management Specialists, Inc.

IT IS SO ORDERED:

DATED: January 15, 2010

HONORABLE [PHYLLIS J. HAMILTON]
United States [District Judge]

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton

NO OTHER DATES ARE EXTENDED.

- 2 -