UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN HYATT,

    Plaintiff,

    v.

NORTHERN CALIFORNIA PRESBYTERIAN HOMES AND SERVICES, INC., et al.,

    Defendants.

No. C 08-3265 PJH

**ORDER**

The court is in receipt of the chambers copies of defendant Northern California Presbyterian Homes and Services, Inc.'s motion for summary judgment. The motion is accompanied by several declarations and a request for judicial notice, some or all of which include exhibits.

The exhibits are not tabbed. A declaration or request for judicial notice with attached, untabbed exhibits is not in a format usable by the court. The court will consider the contents of the exhibits only if defendant submits copies with tabbed exhibits, no later than February 16, 2010.

**IT IS SO ORDERED.**

Dated: February 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge