1  DISABILITY RIGHTS CALIFORNIA
   Pamela Cohen (CSB # 214940)
2  Frederick P. Nisen (CSB # 184089)
   1330 Broadway, Suite 500
3  Oakland, CA  94612
   Telephone:  (510) 267-1200
4  Facsimile:  (510) 267-1201
   pamela.cohen@disabilityrightsca.org
5  fred.nisen@disabilityrightsca.org

6  DISABILITY RIGHTS CALIFORNIA
   Stuart Seaborn (CSB #198590)
7  100 Howe Avenue, Suite 240N
   Sacramento, CA 95825
8  Telephone: (916) 488-9950
   Fax: (916) 488-9960
9  stuart.seaborn@disabilityrightsca.org

10 AARP FOUNDATION LITIGATION
   Susan Ann Silverstein (Pending admission *Pro Hac Vice*)
11 601 E Street, NW, Room A4-143
   Washington, DC 20049
12 Telephone: (626) 585-2618
   Facsimile: (202) 434-6424
13 ssilverstein@aarp.org

14 Barbara Jones (CSB #88448)
   200 South Los Robles, Suite 400
15 Pasadena, CA 91101
   Telephone: (626) 585-2628
16 Facsimile: (626) 583-8538
   bjones@aarp.org

17
   Attorneys for Plaintiff Lillian Hyatt
18
                     **UNITED STATES DISTRICT COURT**
19              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
20

21 LILLIAN HYATT,                      )  **Case No.:  4:08-CV-03265 PJH**
                                       )
22           Plaintiff,                )  **STIPULATION OF DISMISSAL OF**
                                       )  **ACTION WITH PREJUDICE AND**
23      v.                             )  ~~**PROPOSED**~~ **ORDER**
                                       )
24 NORTHERN CALIFORNIA                 )
   PRESBYTERIAN HOMES AND SERVICES,)
25 INC.; MORRISON MANAGEMENT           )
   SPECIALISTS, INC. DBA MORRISON      )
26 HEALTH CARE, INC.,                  )
                                       )
27           Defendants.               )
   _____)

28

*HYATT V. NCPHS,* CASE NO. CV 08-03265 PJH:  STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1   The parties have reached a settlement in the above-captioned action.  No party admits to

2   wrongdoing, liability, or fault.  The purpose of the settlement is to conclude all pending

3   litigation.  Therefore, IT IS HEREBY STIPULATED by and between the parties to this action

4   through their designated counsel that the above-captioned action be and hereby is dismissed with

5   prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1) and (2).  Each side shall pay its own

6   attorneys' fees and costs.

7

8   DATED:  April 26, 2010                              HANSON BRIDGETT LLP

9

10                                              By:    /s/

11                                                     KURT A. FRANKLIN
                                                       Attorneys for Defendant
12                                                     NORTHERN CALIFORNIA
                                                       PRESBYTERIAN HOMES AND
13                                                     SERVICES, INC.

14

15   DATED:  April 26, 2010                              LITTLER MENDELSON, APC

16

17                                              By:    /s/

18                                                     JOHN JULIUS, III
                                                       Attorneys for Defendant
19                                                     MORRISON MANAGEMENT
                                                       SPECIALIST INC. DBA MORRISON
20                                                     HEALTH CARE, INC.

21
     DATED:  April 26, 2010                              DISABILITY RIGHTS CALIFORNIA
22

23
                                                       /s/
24
                                               By:   Pamela Cohen
25                                                   Attorneys for Plaintiff

26

27

28

*HYATT V. NCPHS,* CASE NO. CV 08-03265 PJH:  STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1

2   DATED: April 26, 2010                    AARP FOUNDATION LITIGATION

3                                            By:    /s/

4                                            SUSAN ANN SILVERSTEIN
                                             Attorneys for Plaintiff LILLIAN HYATT
5

6                        GENERAL ORDER 45 ATTESTATION

7        I, Pamela Cohen, am the ECF user whose ID and password are being used to file this

8   stipulation of dismissal of action with prejudice and proposed order. In compliance with General

9   Order 45, X.B., I hereby attest that defendants' counsel have concurred in the filing of this

10  document with their electronic signatures.

11  Dated: April 26, 2010                        _____/s/_____
                                                 Pamela Cohen
12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED,

15

16  Dated: _4/26/10_____

17

18                                      Phyllis
                                        United
19                                                 IT IS SO ORDERED
                                                   Judge Phyllis J. Hamilton
20

21

22

23

24

25

26

27

28

*HYATT V. NCPHS,* CASE NO. CV 08-03265 PJH:  STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1    **F:\DOCS\HYATT\ADR\STIP OF DISMISSAL OF ACTION WITH PREJ - 4-23-10.DOC**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28